FRANK J. RIDDLE V. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY.

No. 14,147. (81 Pac. 1133.)

Error from Marion district court; CHARLES B. GRAVES, judge *pro tem.* Opinion filed June 10, 1905. Affirmed.

*W. H. Carpenter*, for plaintiff in error.
*A. A. Hurd, O. J. Wood*, and *Hurd & Hurd*, for defendant in error.

*Per Curiam:* The judgment of the court below is affirmed on the authority of *Freeman v. Railway Co.*, *ante*, p. 327.